# MINUTES

| CASE NUMBER: | CIVIL NO. 19-00653 LEK-RT |
| --- | --- |
| CASE NAME: | Kampachi Worldwide Holdings, LP, vs. Blue Ocean Mariculture, LLC et al., |

| JUDGE: | Leslie E. Kobayashi | DATE: | 3/3/2020 |
| --- | --- | --- | --- |

COURT ACTION:   EO: COURT ORDER DENYING AS MOOT DEFENDANTS BLUE OCEAN MARICULTURE, LLC AND ROBIN COONEN'S MOTION TO DISMISS COMPLAINT [DKT. #1]

On December 6, 2019, Plaintiff Kampachi Worldwide Holdings, LP ("Plaintiff"), filed its Complaint.  [Dkt. no. 1.]  On January 27, 2020, Defendants Blue Ocean Mariculture, LLC and Robin Coonen ("Defendants") filed their Motion to Dismiss Complaint [Dkt. #1] ("Motion").  [Dkt. no. 25.]

On February 24, 2020, this Court approved the parties' Stipulation for Leave to File First Amended Complaint.  [Dkt. no. 30.]  On February 27, 2020, Plaintiff filed its First Amended Complaint.  [Dkt. no. 31.]  In light of the filing of the First Amended Complaint, Plaintiff's Complaint is considered to be non-existent.  See Lacey v. Maricopa Cty., 693 F.3d 896, 925 (9th Cir. 2012) (en banc) (stating that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent" (citations and internal quotation marks omitted)).  Defendants' Motion – which addresses the Complaint – is therefore DENIED AS MOOT.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager